AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

# UNITED STATES DISTRICT COURT
## for the
District of Nevada

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No.   2:26-mj-357-BNW |
| ) | |
| SEVEN SCHMIDT ) | Charging District:   Southern District of Florida |
| *Defendant* ) | Charging District's Case No.  26CR20161-Williams |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges.  If the time to appear in that court has not yet been set, the defendant must appear when notified to do so.  Otherwise, the time and place to appear in that court are:

| | |
|---|---|
| Place:   Wilkie D. Ferguson, Jr. U.S. Courthouse 400 North Miami Avenue Miami, FL 33128 | Courtroom No.:  TBD |
| | Date and Time:  TBD |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date:        May 7, 2026

_____
*Judge's signature*

BRENDA WEKSLER, United States Magistrate Judge
*Printed name and title*



FILED _____    RECEIVED _____
ENTERED _____    SERVED ON _____
COUNSEL/PARTIES OF RECORD

MAY 07 2026

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____  DEPUTY